DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 061P13 | State v. Michael Wayne Coley | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Rowan County (COAP10-852) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed in *Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 062P10-2 | Cleo Edward Land, Sr., and Raymond Alan Land, on his own Behalf and Derivatively on Behalf of Eddie Land Masonry Contractor, Inc. v. Cleo Edward Land, Jr., Nancy K. Land, and Eddie Land Masonry Contractor, Inc. | 1. Defs' Motion for Temporary Stay (COAP11-445) | 1. Allowed **06/29/11** Dissolved the Stay **03/07/13** |
| | | 2. Defs' Petition for *Writ of Supersedeas* (COAP11-445) | 2. Denied |
| | | 3. Plts' Motion to Dissolve Temporary Stay | 3. Denied **03/08/12** |
| | | 4. Defs' PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| 064P13 | State v. Jesse Virgil Patton | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-507) | 1. Dismissed |
| | | 2. Def's PWC to Review Decision of COA | 2. Dismissed |
| | | | **Beasley, J., Recused** |
| 065P13 | State v. Andrew Aaron Brown | Def's PDR Under N.C.G.S. § 7A-31 (COA12-469) | Denied |
| | | | **Beasley, J. Recused** |
| 066P13 | State v. William P. Daniels | 1. Def's NOA Based Upon a Constitutional Question (COA12-417) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| | | | **Beasley, J. Recused** |